| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CABN 44332) |
| | United States Attorney |
| 2 | Attorney for Plaintiff     E-FILING |
| 3 | |

FILED

'08 FEB 27 P 12: 59

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR No. 08 00108 |
| Plaintiff, | VIOLATION: |
| v. | 18 U.S.C. § 2252(a)(4)(B) - Possession of Visual Depictions of Minors Engaged in Sexually Explicit Conduct; 18 U.S.C. §§ 2253(a)(1) and (a)(3)- Criminal Forfeiture |
| JAMES RANDOLPH, | |
| Defendant. | |
| | SAN JOSE VENUE |

INFORMATION

The United States Attorney charges:

On or about November 30, 2007, in the Northern District of California, the defendant,

JAMES RANDOLPH

did knowingly and intentionally possess certain matter, to wit, images, which visual depictions had been mailed and transported in interstate or foreign commerce by any means, including by computer, the producing of which visual depictions involved the use of one and more minors engaging in sexually explicit conduct and which visual depictions were of such conduct, in violation of Title 18, United States Code, Section 2252(a)(4)(B).

INFORMATION
U.S. v. RANDOLPH

1  FORFEITURE ALLEGATIONS: (18 U.S.C. §§ 2253(a)(1) and (a)(3) - Criminal Forfeiture)

2  The allegations contained in Count One of this Information are hereby realleged and by this reference fully incorporated herein for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 2253.

Upon conviction of the offenses alleged in Count One above, the defendant

JAMES RANDOLPH

shall forfeit to the United States, pursuant to Title 18, United States Code, Sections 2253(a)(1) and (a)(3), all visual depictions described in Title 18, United States Code, Section 2252, and all property, real or personal, used or intended to be used to commit or promote the commission of the offenses of conviction, including but not limited to a Dell desktop computer, serial no. J7NHG41 and the diskettes, compact discs and digital video discs, seized from the defendant's residence on or about November 30, 2007.

Dated: 2/27/08

JOSEPH P. RUSSONIELLO
United States Attorney

MATTHEW A. PARRELLA
Chief, San Jose Office

(Approved as to form: _____)
AUSA HANLEY CHEW

INFORMATION
U.S. v. RANDOLPH                    2

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☑ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

FILED

### OFFENSE CHARGED

18 U.S.C. 2252(a)(4)(B) - Possession of Visual Depiction of Minor Engaged in Sexually Explicit Conduct
18 U.S.C. 2253(a)(1) and (a)(3) - Criminal Forfeiture

E-FILING

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

**PENALTY:**
10 years
$250,000 fine
Life time supervised release (5 year mandatory minimum)
$100 mandatory special assessment

**DEFENDANT - U.S.**

2008 FEB 27 P 12:58

▶ JAMES RANDOLPH

RICHARD W. WIEKING
CLERK
DISTRICT COURT NUMBER
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

CR 08 00108 JW RS

### PROCEEDING

Name of Complaintant Agency, or Person (&Title, if any)
ICE Special Agent Lou Strickland

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on THIS FORM
Joseph P. Russoniello
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y
(if assigned)  Hanley Chew

### DEFENDANT

**IS NOT IN CUSTODY**

1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges  } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____

Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☑ SUMMONS  ☐ NO PROCESS*  ☐ WARRANT    Bail Amount: _____

If Summons, complete following:
☑ Arraignment  ☑ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

**Defendant Address:**
James Randolph c/o AFPD Nicholas Humy, Esq.
160 West Santa Clara Street
Suite 575
San Jose, California 95113

Date/Time: April 3, 2008/9:30 a.m.

Before Judge: Howard R. Lloyd

Comments: