AO 455 (Rev. 5/85)  Waiver of Indictment

# United States District Court

**FILED**
APR - 3 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

Northern _____ DISTRICT OF California

UNITED STATES OF AMERICA
V.
JAMES RANDOLPH

## WAIVER OF INDICTMENT

CASE NUMBER: CR 08 00108 JW (RS)

I, _James Randolph_, the above named defendant, who is accused of

Possession of Visual Depictions of Minors engaged in Sexually Explicit Conduct, in violation of Title 18 USC section 2253 (a)(1) and (a)(3)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __4/3/08__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before_____
Judicial Officer