1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2

3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division

4  HANLEY CHEW (CSBN 189985)
   Assistant United States Attorney
5  San Jose Division

6      150 Almaden Boulevard, Suite 900
       San Jose, California 95113
7      Telephone: (408) 535-5060
       Facsimile:  (408) 535-5066
8      Hanley.Chew@usdoj.gov

9  Attorneys for Plaintiff

10

                    UNITED STATES DISTRICT COURT
11
                    NORTHERN DISTRICT OF CALIFORNIA
12
                          SAN JOSE DIVISION
13

14
   UNITED STATES OF AMERICA,         )   No. CR 08-00108 JW(RS)
15                                   )
            Plaintiff,                )
16                                   )   STIPULATION AND [~~PROPOSED~~]
        v.                           )   ORDER EXCLUDING TIME FROM
17                                   )   APRIL 4, 2008 THROUGH APRIL 28,
   JAMES RANDOLPH,                   )   2007 FROM CALCULATIONS UNDER
18                                   )   THE SPEEDY TRIAL ACT (18 U.S.C. §
            Defendant.               )   3161)
19  _____)

20

21      On April 4, 2008, defendant James Randolph made his initial appearance before

22  Magistrate Judge Howard R. Lloyd. Assistant Federal Public Defender Nicholas Humy, Esq.,

23  appeared on behalf of the defendant. Assistant United States Attorney Hanley Chew appeared

24  for the government. Magistrate Judge Lloyd ordered the parties to appear before this Court on

25  April 28, 2008 at 1:30 p.m. for trial setting in this matter.

26      The parties request that the Court enter this order documenting the exclusion of time

27  from calculations under the Speedy Trial Act, 18 U.S.C. § 3161, from April 4, 2008 through

28  April 28, 2008. The parties, including the defendant, stipulate as follows:

STIP. & [PROPOSED] ORDER
U.S. v. RANDOLPH

FILED
APR 30 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

1.    The defendant understands and agrees to the exclusion of time from calculations under the Speedy Trial Act, 18 U.S.C. § 3161, from April 4, 2008 through April 28, 2008, based upon the need for the defense counsel to investigate further the facts of the present case. The government has already provided discovery and defense counsel needs additional time to review the discovery, evaluate further possible defenses and motions available to the defendant.

2.    The attorney for defendant joins in the request to exclude time under the Speedy Trial Act, 18 U.S.C. § 3161, for the above reasons, and believes the exclusion of time is necessary for effective preparation of the defense; believes the exclusion is in the defendant's best interests; and further agrees that the exclusion under the Speedy Trial Act, 18 U.S.C. § 3161, should be from April 4, 2008 through April 28, 2008.

Given these circumstances, the parties believe, and request that the Court find, that the ends of justice are served by excluding from calculations the period from April 4, 2008 through April 28, 2008, outweigh the best interests of the public and the defendant in a speedy trial under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO STIPULATED.

DATED: 4/3/08                      /s/ Nicholas Humy
                                   NICHOLAS HUMY
                                   Assistant Federal Public Defender

DATED: 4/3/08                      /s/ Hanley Chew
                                   HANLEY CHEW
                                   Assistant United States Attorney

## [PROPOSED] ORDER

Having considered the stipulation of the parties, the Court finds that: (1) the defendant understands and agrees to the exclusion of time from calculations under the Speedy Trial Act, 18 U.S.C. § 3161, from April 4, 2008 through April 28, 2008 based upon the need for the defense counsel to investigate further the facts of the present case, review the discovery that the

government has already provided and evaluate further possible defenses and motions available to the defendant; (2) the exclusion of time is necessary for effective preparation of the defense and is in the defendant's best interests; and (3) the ends of justice are served by excluding from calculations the period from April 4, 2008 through April 28, 2008.

Accordingly, the Court further orders that the time from April 4, 2008 through April 28, 2008 is excluded from time calculations under the Speedy Trial Act, 18 U.S.C. § 3161.

IT IS SO ORDERED.

DATED: 4/30/08

THE HONORABLE HOWARD R. LLOYD
United States Magistrate Judge