PROPOSED ORDER/COVER SHEET

TO: Honorable Howard Lloyd
U.S. Magistrate Judge

RE: James Randolph

**ORIGINAL FILED**

08 MAY -9 PM 2:31

FROM: Claudette M. Silvera, Chief
U.S. Pretrial Services Officer

DOCKET NO. CR 08-00108 JW

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA S.J.

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Paul Mamaril
**U.S. PRETRIAL SERVICES OFFICER**

510-637-3757
**TELEPHONE NUMBER**

RE: MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)

DATE: May 6, 2008

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

**RECEIVED MAY 0 8 2008 PRETRIAL SERVICES-ND/CA SAN JOSE**

[ ] I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

[ ] Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____

[ ] Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge_____ Presiding District Court Judge_____

[X] I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

[X] Modification(s)

A) The defendant shall clear any outstanding matters in San Mateo County Superior Court and complete any sentence imposed by state authorities; B) The defendant shall not use alcohol and shall not use or possess any narcotic or other controlled substance without a legal prescription; C) The defendant shall participate in mental health/drug counseling and submit to drug/alcohol testing, if deemed appropriate and as directed by Pretrial Services; and D) The defendant shall maintain current employment, or if unemployed shall seek and maintain verifiable employment.

[ ] Bail Revoked/Bench Warrant Issued.

[X] I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

[ ] Other Instructions:

_____
JUDICIAL OFFICER

DATE 5/7/08

Cover Sheet (03/26/08)