BARRY J. PORTMAN
Federal Public Defender
NICHOLAS P. HUMY
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant JAMES RANDOLPH

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-08-00108 |
| ) | |
| Plaintiff, ) | **STIPULATION TO CONTINUE** |
| ) | **SENTENCING  HEARING;** |
| vs. ) | **[PROPOSED] ORDER** |
| ) | |
| JAMES RANDOLPH ) | **Honorable James Ware** |
| ) | United States District Judge |
| Witness. ) | |
| _____) | |

Defendant and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the sentencing hearing date in the above-captioned matter, presently scheduled for Monday, September 8, 2008 at 1:30 p.m., be continued to Monday, October 20, 2008 at 1:30 p.m.  The reason for the request is that the Probation Officer who began preparing the Presentence Report has temporarily left the office and the case has been re-assigned.

///

///

///

**STIPULATION TO CONTINUE
SENTENCING HEARING;
[PROPOSED] ORDER
No. CR-08-00108**                                             1

1  The defense needs extra time to confer with the probation officer who has been assigned to
2  complete the Report.

4  Dated: July 22, 2008                                  _____/s/_____
                                                          NICHOLAS P. HUMY
5                                                         Assistant Federal Public Defender

7  Dated: July 22, 2008                                  _____/s/_____
                                                          HANLEY CHEW
8                                                         Assistant United States Attorney

## **ORDER**

11      GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the sentencing hearing
12  date presently set for Monday, September 8, 2008 at 1:30 p.m., will be continued to Monday,
13  October 20, 2008 at 1:30 p.m.
14      IT IS SO ORDERED.

16  Dated: _____, 2008                              _____
                                                          JAMES WARE
17                                                        United States District Judge

STIPULATION TO CONTINUE STATUS
HEARING; [PROPOSED] ORDER
No. CR-07-70670-HRL                    2