BARRY J. PORTMAN
Federal Public Defender
NICHOLAS P. HUMY
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant JAMES RANDOLPH

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>JAMES RANDOLPH<br><br>            Witness. | No. CR-08-00108<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL** |

   The Federal Public Defender, Barry Portman, has been appointed as counsel for James Randolph.  Pursuant to General Order 45 of the Local Rules, Assistant Federal Public Defender Nicholas Humy enters his Notice of Substitution of Attorney for Mr. Randolph.  Mr. Humy will be replacing Assistant Federal Public Defender Lara S. Vinnard as counsel of record.  Counsel's contact information is listed above.

Dated: July 23, 2008                               _____/s/_____
                                                                   NICHOLAS P. HUMY
                                                                   Assistant Federal Public Defender

NOTICE OF SUBSTITUTION
OF COUNSEL
NO. CR-08-00108

1