BARRY J. PORTMAN
Federal Public Defender
NICHOLAS P. HUMY
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA 95113
Telephone: (408) 291-7753

Counsel for Defendant JAMES RANDOLPH

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-08-00108 JW |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING;** |
| vs. | **[PROPOSED] ORDER** |
| JAMES RANDOLPH | **Honorable James Ware** |
| Witness. | United States District Judge |

Defendant and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the sentencing hearing date in the above-captioned matter, presently scheduled for Monday, September 8, 2008 at 1:30 p.m., be continued to Monday, October 20, 2008 at 1:30 p.m.  The reason for the request is that the Probation Officer who began preparing the Presentence Report has temporarily left the office and the case has been re-assigned.

///

///

///

**STIPULATION TO CONTINUE
SENTENCING HEARING;
[PROPOSED] ORDER
No. CR-08-00108**                    1

1  The defense needs extra time to confer with the probation officer who has been assigned to
2  complete the Report.

4  Dated: July 22, 2008                               _____/s/_____
                                                     NICHOLAS P. HUMY
5                                                    Assistant Federal Public Defender

7  Dated: July 22, 2008                               _____/s/_____
                                                     HANLEY CHEW
8                                                    Assistant United States Attorney

## ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the sentencing hearing date presently set for Monday, September 8, 2008 at 1:30 p.m., will be continued to Monday, October 20, 2008 at 1:30 p.m.

IT IS SO ORDERED.

Dated: __July 25__, 2008                             _____
                                                     JAMES WARE
                                                     United States District Judge

STIPULATION TO CONTINUE STATUS
HEARING; [PROPOSED] ORDER
No. CR-07-70670-HRL                                  2