1  BARRY J. PORTMAN
   Federal Public Defender
2  NICHOLAS P. HUMY
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant JAMES RANDOLPH

6

7

8               IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,       )   No. CR-08-00108
                                     )
12 |           Plaintiff,            )   **STIPULATION TO CONTINUE**
                                     )   **SENTENCING HEARING;**
13 | vs.                             )   **[PROPOSED] ORDER**
                                     )
14 | JAMES RANDOLPH                  )   **Honorable James Ware**
                                     )   United States District Judge
15 |           Defendant.            )
   |_____)
16

17     Defendant and the government, through their respective counsel, hereby stipulate that,

18 subject to the court's approval, the sentencing hearing date in the above-captioned matter,

19 presently scheduled for Monday, October 20, 2008 at 1:30 p.m., be continued to Monday,

20 November 17, 2008 at 1:30 p.m.

21 ///

22 ///

23 ///

24 ///

25 ///

26 **STIPULATION TO CONTINUE
   SENTENCING HEARING;
   [PROPOSED] ORDER
   No. CR-08-00108**                       1

1  The reason for this request is to allow defense counsel an opportunity to review the
2  Presentence Report.

4  Dated: October 15, 2008

                               /s/
          NICHOLAS P. HUMY
          Assistant Federal Public Defender

8  Dated: October 15, 2008

                               /s/
          HANLEY CHEW
          Assistant United States Attorney

**<u>ORDER</u>**

13  GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the sentencing hearing date presently set for Monday, October 20, 2008 at 1:30 p.m., will be continued to Monday, November 17, 2008 at 1:30 p.m.

16  IT IS SO ORDERED.

18  Dated: __October 16__, 2008

                               /s/ James Ware
          JAMES WARE
          United States District Judge